| TO: | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

( ) ACTION    ( ) APPEAL

DOCKET NO: 18-cv-03752-KAW

DATE FILED: June 25, 2018

COURT NAME AND LOCATION
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

PLAINTIFF:
Batra

DEFENDANT:
PopSugar, Inc.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | SEE ATTACHED COMPLAINT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED         INCLUDED BY:
          ( ) Amendment    ( ) Answer    ( ) Cross Bill    ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:              WRITTEN OPINION ATTACHED:        DATE RENDERED:
( ) Order    ( ) Judgment    ( ) Yes    ( ) No

*Susan Y. Soong*
Susan Y. Soong, Clerk

*Clara Pierce*
(by) Deputy Clerk, Clara Pierce

Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy