1  JONATHAN M. ROTTER (#234137)
     jrotter@glancylaw.com
2  LESLEY F. PORTNOY (#304851)
     lportnoy@glancylaw.com
3  STAN KARAS (#222402)
     skaras@glancylaw.com
4  GLANCY PRONGAY & MURRAY LLP
   1925 Century Park East, Suite 2100
5  Los Angeles, California 90067
   Telephone:  (310) 201-9150
6  Facsimile:   (310) 201-9160
   Email:        info@glancylaw.com

8  MICHAEL N. COHEN (#225348)
     mcohen@cohenip.com
9  9025 Wilshire Blvd., Suite 301
   Beverly Hills, California 90211
10 Telephone: (310) 288-4500
   Facsimile:  (310) 246-9980

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nita Batra,<br><br>  Plaintiff, on behalf of herself and all others similarly situated,<br><br>  v.<br><br>PopSugar, Inc. a Delaware corporation,<br><br>  Defendant. | Case No.: 4:18-cv-03752-KAW<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT POPSUGAR, INC.** |

Attached hereto is an Affidavit of Service confirming service of (i) Summons; (ii) Class Action Complaint; and (iii) supporting documents for the above-captioned action. Service of said documents was effected on June 27, 2018 at 11:45 a.m. on defendant PopSugar, Inc., via its registered agent for the service of process, Incorporating Services, LTD.

DATED: June 27, 2018

Respectfully submitted,

GLANCY PRONGAY & MURRAY LLP

By: *s/ Jonathan M. Rotter*
Jonathan M. Rotter
Leslie F. Portnoy
Stan Karas
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Michael N. Cohen
9025 Wilshire Blvd., Suite 301
Beverly Hills, California 90211
Telephone: (310) 288-4500
Facsimile: (310) 246-9980
email: mcohen@cohenip.com

*Attorneys for Plaintiff Nita Batra*

Nita Batra, et. al., Plaintiff(s)
vs.
PopSugar, Inc., a Delaware corporation, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 151272-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--PopSugar, Inc., c/o Incorporating Services, LTD as agent
Court Case No. 4:18-cv-03752-KAW

GLANCY, PRONGAY, ET AL
Ms. Emily Oswald
1925 Century Park E., Ste. 2100
Los Angeles, CA 90067

State of: __DELAWARE__ ) ss.
County of: __KENT__ )

Name of Server: __ROBERT DELACY__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __27__ day of __June__, __2018__, at __11:45__ o'clock __A__.M

Place of Service: at __3500 S Dupont Hwy__, in __Dover, DE 19901__

Documents Served: the undersigned served the documents described as:
Summons and Class Action Complaint; Civil Cover Sheet;
Order Setting Initial Case Management Conferences and ADR Deadlines;
Report (Copyright); Judge's Standing Order

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
PopSugar, Inc., c/o Incorporating Services, LTD as agent

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __KRISTON BOWDEN, AUTHORIZED__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __WHITE__; Hair Color __BROWN__; Facial Hair ____
Approx. Age __35-40__; Approx. Height __5'6"__; Approx. Weight __170__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __27__ day of __June__, 20__18__

_____
Signature of Server

_____
Notary Public (Commission Expires)

APS International, Ltd.

EXPIRES Feb. 12, 2019

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 27, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 27, 2018, at Los Angeles, California.

                                  *s/ Jonathan M. Rotter*
                                  Jonathan M. Rotter

# Mailing Information for a Case 4:18-cv-03752-KAW Batra v. PopSugar, Inc.

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stan Karas**
  SKaras@glancylaw.com

- **Lesley F Portnoy**
  lportnoy@glancylaw.com

- **Jonathan Moshe Rotter**
  jrotter@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael            N. Cohen
9025 Wilshire Blvd., Suite 301
Beverly Hills,  90211
```