| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorneys for Defendant<br>POPSUGAR INC. | GLANCY PRONGAY & MURRAY LLP<br>JONATHAN M. ROTTER - #234137<br>jrotter@glancylaw.com<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310 201 9150<br>Facsimile: 310 201 9160<br><br>COHEN IP LAW GROUP, PC<br>MICHAEL N. COHEN - #225348<br>mcohen@cohenip.com<br>9025 Wilshire Blvd., Suite 301<br>Beverly Hills, CA 90211<br>Telephone: 310 288 4500<br>Facsimile: 310 246 9980<br><br>Attorneys for Plaintiff<br>NITA BATRA |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NITA BATRA,<br><br>      Plaintiff,<br><br>v.<br><br>POPSUGAR INC.,<br><br>      Defendant. | Case No. 4:18-CV-03752-HSG<br><br>**STIPULATION AND ORDER TO EXTEND THE PARTIES' DEADLINES WITH RESPECT TO THE BRIEFING OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO LOCAL RULE 6-2**<br><br>Date: November 8, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr<br><br>Date Filed: June 25, 2018<br><br>Trial Date: Not Yet Set |

STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
PURSUANT TO LOCAL RULE 6-1
Case No. 4:18-CV-03752-HSG

1288258

Pursuant to Civil Local Rule 6-2, the parties stipulate and agree that Plaintiff Nita Batra's time to oppose Defendant's motion to dismiss the Complaint pursuant to Rule 12(b)(6) is extended by 14 days up to and including September 14, 2018. The parties further stipulate and agree that Defendant POPSUGAR Inc.'s time to file a reply in support of its motion to dismiss is extended by 7 days to September 28, 2018. This stipulation does not alter any other date or any event or deadline already fixed by Court order or rule. The reasons for the request are set forth in the attached Declaration of Stan Karas.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: August 23, 2018            GLANCY PRONGAY & MURRAY LLP

By: */s/ Jonathan M. Rotter*
Jonathan M. Rotter
Lesley F. Portnoy
Stan Karas

COHEN IP LAW GROUP, PC
Michael N. Cohen

Attorneys for Plaintiff
Nita Batra

Dated: August 23, 2018            KEKER, VAN NEST & PETERS LLP

By: */s/ Benedict Y. Hur*
BENEDICT Y. HUR
TRAVIS SILVA

Attorneys for Defendant
POPSUGAR INC.

---

1
STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
PURSUANT TO LOCAL RULE 6-1
Case No. 4:18-CV-03752-HSG

1288258

# DECLARATION OF STAN KARAS

I, Stan Karas, declare as follows:

1. I am a member in good standing of the California State Bar and of counsel at the law firm of Glancy Prongay & Murray LLP, counsel for Plaintiff in this action. I make this declaration based on my personal knowledge, and if called to testify to the contents thereof, I could and would competently do so.

2. On August 17, 2018, Defendant PopSugar Inc. filed a motion to dismiss the Complaint in this action pursuant to Rule 12(b)(6). The motion is set for hearing on November 8, 2018.

3. Pursuant to N.D. Cal. L. R. 7-3(a), (c), Plaintiff's opposition to the motion is currently due on August 31, 2018, and Defendant's reply is due on September 7, 2018.

4. The parties agree that due to counsel's schedule and the complexity of issues presented by the motion a modification of the briefing schedule is appropriate. Specifically, the parties agree that Plaintiff's time to oppose Defendant's motion to dismiss should be extended by 14 days up to and including September 14, 2018. The parties further agree that Defendant PopSugar Inc.'s time to file a reply in support of its motion should be extended by 7 days to September 28, 2018.

5. The only prior time modification in the case was a stipulation to allow Defendant an additional 30 days to respond to the Complaint. The requested time modification would not have any impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct and this declaration was executed this 23rd day of August, 2018 in Los Angeles, California.

*s/ Stan Karas*
Stan Karas

2
STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
PURSUANT TO LOCAL RULE 6-1
Case No. 4:18-CV-03752-HSG

1288258

# **ORDER**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD,

The Court has considered the parties' stipulation dated August 23, 2018 and GOOD CAUSE APPEARING grants the relief sought therein. Plaintiff Nita Batra's time to oppose Defendant's motion to dismiss the Complaint pursuant to Rule 12(b)(6) is extended by 14 days up to and including September 14, 2018. Defendant PopSugar Inc.'s time to file a reply in support of its motion to dismiss is extended by 7 days to September 28, 2018.

SO ORDERED.

Dated: August 24, 2018

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr
United States District Judge

3
STIPULATION TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS
PURSUANT TO LOCAL RULE 6-1
Case No. 4:18-CV-03752-HSG

1288258