KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
BEVAN A. DOWD - # 308611
bdowd@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
POPSUGAR INC.

GLANCY PRONGAY & MURRAY LLP
JONATHAN M. ROTTER - #234137
jrotter@glancylaw.com
LESLEY F. PORTNOY - # 304851
lportnoy@glancylaw.com
STAN KARAS - #222402
skaras@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   310 201 9150
Facsimile:   310 201 9160

COHEN IP LAW GROUP, PC
MICHAEL N. COHEN - #225348
mcohen@cohenip.com
9025 Wilshire Blvd., Suite 301
Beverly Hills, CA  90211
Telephone:   310 288 4500
Facsimile:   310 246 9980

Attorneys for Plaintiff
NITA BATRA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NITA BATRA,<br><br>              Plaintiff,<br><br><br>       v.<br><br>POPSUGAR INC.,<br><br>              Defendant. | Case No. 4:18-CV-03752-HSG<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 2, 4th Floor<br>Judge:       Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed:  June 25, 2018<br><br>Trial Date:  Not Yet Set |

1303479

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff Nita Batra and Defendant POPSUGAR Inc. hereby stipulate as follows:

WHEREAS, the initial case management conference in this matter is currently set for September 25, 2018;

WHEREAS, Defendant POPSUGAR has noticed its motion to dismiss for November 8, 2018;

WHEREAS, in the related case of *O'Brien v. POPSUGAR*, No. 18-cv-04405-HSG, the plaintiffs have noticed their motion to remand for November 8, 2018;

WHEREAS, the parties to this action agree that continuing the initial case management conference until the November 8 hearing would promote judicial economy and conserve party resources;

WHEREAS, the parties to this action have previously modified timelines in this case only to extend POPSUGAR's deadline to respond to the Complaint and to agree to a stipulated briefing schedule on POPSUGAR's motion to dismiss; and

WHEREAS, the Court has not yet set a schedule for this case within the meaning of Civil Local Rule 6-2(a)(3);

The parties, by this stipulation, request that the Court **CONTINUE** the September 25, 2018 case management conference to November 8, 2018, when all counsel in this and the related action will be present in Court.

Dated: September 11, 2018                    GLANCY PRONGAY & MURRAY LLP


                                             By:    */s/ Stan Karas*
                                                    Jonathan M. Rotter
                                                    Lesley F. Portnoy
                                                    Stan Karas

                                                    COHEN IP LAW GROUP, PC
                                                    Michael N. Cohen

                                                    Attorneys for Plaintiff
                                                    Nita Batra

Dated: September 11, 2018

KEKER, VAN NEST & PETERS LLP

By: */s/ Benedict Y. Hur*
Benedict Y. Hur
Travis Silva
Bevan A. Dowd

Attorneys for Defendant
POPSUGAR INC.

*\* Pursuant to Civil Local Rule 5-1, the attorney filing this document attests that he has obtained concurrence in the filing of this document from any other signatories.*

JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE Case No.
4:18-CV-03752-HSG

1303479

**ORDER**

The Court, having considered the parties' stipulation dated September 11, 2018 and good cause appearing grants the relief sought therein. The initial case management conference currently set for September 25, 2018 is **CONTINUED** to November 8, 2018.  The motion to dismiss, previously set for November 1, 2018, is continued to November 8, 2018, at 2:00 p.m., to be heard along with the case management conference.

**IT IS SO ORDERED.**

Dated:  September 12, 2018

By: _Haywood S. Gill Jr._
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT

1303479