KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
BEVAN A. DOWD - # 308611
bdowd@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
POPSUGAR INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NITA BATRA,<br><br>　　　　Plaintiff, on behalf of herself and all others similarly situated,<br><br>　　v.<br><br>POPSUGAR INC., a Delaware corporation.<br><br>　　　　Defendant. | Case No. 4:18-CV-03752-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN ALL RELATED CASES TO FEBRUARY 26, 2019 AND TO ALLOW FOR TELEPHONIC APPEARANCES**<br><br>Courtroom: 2, 4th Floor<br>Judge:　　Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: June 25, 2018<br>Trial Date: None Set |
| ZOHA MEMARI, KELLY TORREZ, ROBIN BERENSON, ANNIE TRASCHEL, ROBIN TRASCHEL, AMANDA ROBERSON, EVA PHAN,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>POPSUGAR INC.,<br><br>　　　　Defendant. | Case No. 4:18-cv-05589-HSG<br><br>Date Filed: June 11, 2018<br>Trial Date: None set |

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN ALL RELATED CASES TO FEBRUARY 26, 2019
Case Nos. 4:18-CV-03752-HSG, 4:18-cv-05589-HSG and 4:18-cv-06623-HSG

1319589

| | |
|---|---|
| BRITTANI FRIEDMAN, an individual, | Case No. 4:18-cv-06623-HSG |
| Plaintiff, | |
| v. | Date Filed: July 5, 2018 |
| POPSUGAR INC., | Trial Date: None Set |
| Defendant. | |

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN ALL RELATED CASES TO FEBRUARY 26, 2019
Case Nos. 4:18-CV-03752-HSG, 4:18-cv-05589-HSG and 4:18-cv-06623-HSG

1319589

Pursuant to Civil Local Rules 6-2 and 7-12, the parties in these three related actions stipulate to the following and respectfully request that the Court enter this Stipulation as the Order of the Court:

1. To facilitate the parties' ability to meet and confer to coordinate case schedules in these coordinated actions, the parties request that the Court continue the case management conferences currently set for February 19, 2019, by one week to February 26, 2019, and to extend the deadline to file case management statements from February 12 to February 19, 2019. *See* Declaration of Travis Silva in Support of Stipulation to Continue Case Management Conferences at ¶¶ 3-4.

2. To conserve party resources, counsel to the plaintiffs in the *Memari* and *Friedman* actions, who are based in New York and Los Angeles, respectively, request leave to participate in the case management conferences by telephone. *Id.* at ¶¶ 5-6.

Pursuant to Local Rule 6-2, the reasons for this request, disclosures of previous time modifications, and the effect of this request on the case schedules are specified in the Declaration submitted in support of this Stipulation.

Dated: February 8, 2019	KEKER, VAN NEST & PETERS LLP

By: */s/ Travis Silva*
BENEDICT Y. HUR
TRAVIS SILVA
BEVAN A. DOWD

Attorneys for Defendant
POPSUGAR INC.

Dated: February 8, 2019	GLANCY PRONGAY & MURRAY LLP

By: */s/ Jonathan M. Rotter*
JONATHAN M. ROTTER
LESLEY F. PORTNOY
STAN KARAS

MICHAEL N. COHEN
COHEN IP LAW GROUP, PC

Attorneys for Plaintiff
NITA BATRA

1
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN ALL
RELATED CASES TO FEBRUARY 26, 2019
Case Nos. 4:18-CV-03752-HSG, 4:18-cv-05589-HSG and 4:18-cv-06623-HSG

1319589

| | |
|---|---|
| Dated: February 8, 2019 | DONIGER / BURROUGHS |
| | By: */s/ Scott Alan Burroughs*<br>STEPHEN M. DONIGER<br>SCOTT ALAN BURROUGHS<br>TREVOR W. BARRETT<br>JUSTIN M. GOMES<br><br>Attorneys for Plaintiffs<br>BRITTANI FRIEDMAN |
| Dated: February 8, 2019 | THE AFFINITY LAW GROUP |
| | By: */s/ James H. Freeman*<br>GREGORY PETER GOONAN<br><br>JAMES H. FREEMAN<br>LIEBOWITZ LAW FIRM, PLLC<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580<br><br>Attorneys for Plaintiffs<br>ZOHA MEMARI, et al. |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

| | |
|---|---|
| Dated: February 8, 2019 | */s/ Travis Silva*<br>TRAVIS SILVA |

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN ALL RELATED CASES TO FEBRUARY 26, 2019
Case Nos. 4:18-CV-03752-HSG, 4:18-cv-05589-HSG and 4:18-cv-06623-HSG

1319589

# ORDER

The Court having considered the above joint request, and good cause appearing therefore, HEREBY CONTINUES the case management conferences in *Batra v. POPSUGAR*, No. 4:18-cv-03752, *Memari v. POPSUGAR*, No. 4:18-cv-05589, and *Friedman v. POPSUGAR*, No. 4:18-cv-06623, to February 26, 2019 at 2:00 p.m. The parties' deadline to submit case management statements shall be February 19, 2019. Plaintiffs' counsel in the *Memari* and *Friedman* actions are granted leave to appear telephonically at the February 26, 2019 conference. Plaintiffs' counsel in the *Memari* and *Friedman* actions shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: February 11, 2019 By: _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

3
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCES IN ALL
RELATED CASES TO FEBRUARY 26, 2019
Case Nos. 4:18-CV-03752-HSG, 4:18-cv-05589-HSG and 4:18-cv-06623-HSG

1319589