| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>BENEDICT Y. HUR - # 224018<br>bhur@keker.com<br>TRAVIS SILVA - # 295856<br>tsilva@keker.com<br>BEVAN A. DOWD - # 308611<br>bdowd@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorneys for Defendant<br>POPSUGAR INC. | GLANCY PRONGAY & MURRAY LLP<br>JONATHAN M. ROTTER - #234137<br>jrotter@glancylaw.com<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: 310 201 9150<br>Facsimile: 310 201 9160<br><br>COHEN IP LAW GROUP, PC<br>MICHAEL N. COHEN - #225348<br>mcohen@cohenip.com<br>9025 Wilshire Blvd., Suite 301<br>Beverly Hills, CA 90211<br>Telephone: 310 288 4500<br>Facsimile: 310 246 9980<br><br>Attorneys for Plaintiff<br>NITA BATRA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NITA BATRA,<br><br>        Plaintiff,<br><br>  v.<br><br>POPSUGAR INC.,<br><br>        Defendant. | Case No. 4:18-CV-03752-HSG<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 6-1**<br><br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: June 25, 2018<br><br>Trial Date: Not Yet Set |

| | |
|---|---|
| 1 | On February 7, 2019, the Court denied the motion to dismiss filed by Defendant |
| 2 | POPSUGAR INC. ("POPSUGAR"), and accordingly, POPSUGAR's Answer is due on February |
| 3 | 21, 2019. POPSUGAR has requested an extension of the time to file its Answer. Therefore, |
| 4 | pursuant to Civil Local Rule 6-1(b), the parties stipulate and agree that POPSUGAR's time to |
| 5 | answer Plaintiff's complaint is extended to and including **March 1, 2019**. The accompanying |
| 6 | declaration of Benedict Y. Hur sets forth that POPSUGAR requests this extension (i) due to |
| 7 | defense counsel's upcoming travel schedule and commitments on other cases and (ii) to allow |
| 8 | POPSUGAR further time to respond to the allegations contained in the Complaint without undue |
| 9 | burden and time pressure. This stipulation does not alter the date or any event or deadline already |
| 10 | fixed by Court order and there is not yet a schedule in this matter. The prior time modifications in |
| 11 | this case include: |

- The parties' Local Rule 6-1(a) stipulation to extend POPSUGAR's deadline to move to dismiss (ECF No. 16).
- The parties' stipulated order altering the briefing schedule on POPSUGAR's motion to dismiss (ECF NO. 24).
- The parties' stipulated one-week continuance of the initial case management conference (ECF No. 48).

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: February 19, 2019

GLANCY PRONGAY & MURRAY LLP

By: */s/ Jonathan M. Rotter*
Jonathan M. Rotter
Lesley F. Portnoy
Stan Karas

COHEN IP LAW GROUP, PC
Michael N. Cohen

Attorneys for Plaintiff
Nita Batra

1
STIPULATION AND ORDER EXTENDING DEADLINE TO ANSWER COMPLAINT
Case No. 4:18-CV-03752-HSG

1320928

Dated: February 19, 2019

KEKER, VAN NEST & PETERS LLP

By: */s/ Benedict Y. Hur*
BENEDICT Y. HUR
TRAVIS SILVA

Attorneys for Defendant
POPSUGAR INC.

## ORDER

Pursuant to stipulation, Defendant shall have until March 1 to submit its answer to Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: February 19, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.