```
KEKER, VAN NEST & PETERS LLP
BENEDICT Y. HUR - # 224018
bhur@keker.com
TRAVIS SILVA - # 295856
tsilva@keker.com
BEVAN A. DOWD - # 308611
bdowd@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
POPSUGAR INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NITA BATRA,<br><br>   Plaintiff, on behalf of herself<br>   and all others similarly situated,<br><br> v.<br><br>POPSUGAR INC., a Delaware corporation.<br><br>   Defendant. | Case No. 4:18-CV-03752-HSG<br><br>**NOTICE OF STIPULATED DISMISSAL**<br><br>Courtroom: 2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: June 25, 2018<br><br>Trial Date: August 3, 2020 |

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nita Batra and Defendant POPSUGAR Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this litigation. The parties stipulate to dismissal with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**SO STIPULATED.**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: June 10, 2019  By:  /s/ *Jonathan M. Rotter*

Jonathan M. Rotter - #234137
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   310 201 9150
Facsimile:    310 201 9160
jrotter@glancylaw.com

Michael N. Cohen - #225348
Cohen IP Law Group, PC
9025 Wilshire Blvd., Suite 301
Beverly Hills, CA  90211
Telephone:   310 288 4500
Facsimile:    310 246 9980
mcohen@cohenip.com

Attorneys for Plaintiff
NITA BATRA

Dated: June 10, 2019  By:  /s/ *Benedict Y. Hur*

Benedict Y. Hur - # 224018
Travis Silva - # 295856
Bevan A. Dowd - # 308611
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188
bhur@keker.com
tsilva@keker.com
bdowd@keker.com

Attorneys for Defendant
POPSUGAR INC.